# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 12-88 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jason Lee King, | |
| Defendant. | |

---

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 9, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge